UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Gary D. Johnson


      v.                                07-cv-161-PB


Angela Poulin, et al


O R D E R


     I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated September 12, 2007, no objection having been filed.

     SO ORDERED.


December   10, 2007                         /s/ Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge


cc:    Gary D. Johnson, Pro se
       Danielle Pacik, Esq.