UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gary Johnson</u>

                v.                    Case No. 07-cv-161-PB

<u>Angela Poulin, et l.</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 15, 2008, no objection having been filed.

SO ORDERED.


February   6, 2008                    /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    Gary Johnson, Pro se
       Danielle Pacik, Esq.