```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

**Gary DeWayne Johnson**

    **v.**                                  Case No. 07-cv-161-PB

**Robert Thyng**


<u>**O R D E R**</u>


**Re: Document No. 94, Renewed Motion for Summary Judgment**

**Ruling:** On or before December 15, 2008, the plaintiff shall file an affidavit that identifies with specificity everything that he told defendant Thyng concerning his request for protective custody prior to his assault. I will rule on the motion for summary judgment after reviewing this affidavit. Assistant Attorney General Pacik shall contact the prison and take whatever steps are necessary to make sure that the plaintiff is given whatever assistance he needs in order to comply with this order.


                                              <u>/s/ Paul Barbadoro</u>
                                              Paul Barbadoro
                                              United States District Judge


December 4, 2008

cc: Danielle L. Pacik, Esq.
    Gary DeWayne Johnson, pro se